# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　　Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Albert Donell Payne (7), )<br>*Aka Black* )<br>　　　　　Defendant. ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:　Becky R. Thorson<br>U.S. Magistrate Judge<br><br>Case No:　　　　　15-cr-235 (7) JNE/TNL<br>Date:　　　　　　August 26, 2015<br>Courthouse:　　　St. Paul<br>Courtroom:　　　 3A<br>Time Commenced:　11:07 a.m.<br>Time Concluded:　11:17 a.m.<br>Time in Court:　　10 Minutes |

✖ **DETENTION HRG**

APPEARANCES:

　Plaintiff:　　Tom Hollenhorst, Assistant U.S. Attorney
　Defendant:　Patrick Flanagan
　　　　　☐　FPD　　　X CJA　　☐ Retained　☐ Appointed


On　X Indictment　Dated:　August 19, 2015

X Deft Ordered Detained - Govt to submit proposed order


Additional Information:

Defendant arraigned, see arraignment minutes and order.


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 s/Melissa S. Kruger
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Clerk