Prob 12 (Rev. 11/1/2004)

# United States District Court
# for the
# DISTRICT OF MINNESOTA
# United States v. Albert Donell Payne
# Docket No. 0864 0:15CR00235-007(JNE)
# Petition on Reentry Court Supervised Release Violation

COMES NOW **Krystal A. Taylor**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Albert Donell Payne** who was sentenced for Conspiracy to Distribute Heroin on March 22, 2016, by Your Honor who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- No gang association
- Submit to searches
- Psychological/psychiatric counseling/treatment
- Employment required
- Education programming

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**MANDATORY CONDITION**: The defendant shall refrain from any unlawful use of a controlled substance.

**MANDATORY CONDITION**: The defendant shall refrain from the use of alcohol.

On February 16, 2022, Reenrty Court participant, Albert Payne, commenced intensive mental illness chemical dependency (MICD) treatment at Restoration Counseling and Community Services, LLC (RCCS). Since treatment commenced Payne repeatedly relapsed through use of alcohol or marijuana. To address his continued relapses, Payne was placed on the Sober Link alcohol monitoring device on June 24, 2022. Since being placed on the Sober Link device, Payne has submitted at least three positive alcohol tests and failed to report for over five random drug screens. A detailed and chronological account of the violations are noted in the Reenrty Court Violation Report.

**PRAYING THAT THE COURT WILL ORDER** that counsel for the participant be appointed, the participant be directed to appear, and a Reentry Court Violation Hearing be held at 3:00 p.m. on August 22, 2022, in Courtroom 7C, St. Paul, Minnesota, before the Honorable Donovan W. Frank, to address the above noted violations.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this  11th  day of  August, 2022 , and ordered filed and made a part of the records in the above case. | s/Krystal A. Taylor<br>Krystal A. Taylor<br>U.S. Probation Officer<br>Telephone: 612-664-5352 |
| s/Donovan W. Frank<br>Honorable Donovan W. Frank<br>U.S. District Judge | Executed on   August 11, 2022<br>Place            Minneapolis |

Approved:

s/ *Reginale B. Hall*

Reginale B. Hall
Supervising U.S. Probation Officer